UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16176 |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Steve Austin | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(x) Reporting, as directed, to U.S. Pretrial Services;

(x) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(x) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____S/Steve Austin_____      _____11/10/20_____
DEFENDANT                     DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____11/10/20_____
DATE